No. 823. SOUTHERN RAILWAY Co. *v.* NORTH CAROLINA ET AL.; and
No. 943. UNITED STATES ET AL. *v.* NORTH CAROLINA ET AL. Appeals from the United States District Court for the Middle District of North Carolina. Probable

jurisdiction noted. The cases are consolidated and a total of two hours is allotted for oral argument. *William T. Joyner* and *Earl E. Eisenhart, Jr.* for appellant in No. 823. *Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Robert W. Ginnane* and *H. Neil Garson* for the United States et al. in No. 943. Reported below: 210 F. Supp. 675.